**Thomas BATE & SONS et al., Appellants, v. E. V. KENNEDY, Appellee.**

No. 12096.

Circuit Court of Appeals, Fifth Circuit.

Jan. 14, 1948.

Rehearing Denied Feb. 26, 1948.

Fred R. Switzer, of Houston, Tex., for appellants.

Arthur J. Mandell, of Houston, Tex., for appellee.

Before SIBLEY, HOLMES, and McCORD, Circuit Judges.

PER CURIAM.

The judgment appealed from in this cause is based upon the judgment which was reversed and set aside in Tejas Development Company and E. V. Kennedy v. McGough Brothers et al., 5 Cir., 165 F.2d 276, and must fall with that judgment. This case is accordingly also reversed and remanded to the district court for such further proceedings as may appear to be proper.

Reversed and remanded.

On Petition for Rehearing.

We have not considered nor adjudged the merit of the claim for attorneys' fees which is the subject of this motion for rehearing. In reversing the judgment appealed from we have intended to leave this question open for further consideration in the district court, as a part of the whole controversy, on further proceedings.

Motion denied.

**F. C. CASTELLI COMPANY v. Herman KESLER and American Metal Specialties Corporation, Appellants.**

No. 9413.

Circuit Court of Appeals, Third Circuit.

Argued Oct. 9, 1947.

Decided Oct. 20, 1947.

A. Caesar, of Philadelphia, Pa. (Caesar & Rivise and LeRoy Comanor, both of Philadelphia, Pa., on the brief), for appellants.

Joseph G. Denny, Jr., of Philadelphia, Pa., for appellee.

Before BIGGS, ALBERT LEE STEPHENS and MARIS, Circuit Judges.

PER CURIAM.

The order of the court below is affirmed.

**Lester Sim EXKANO, Appellant, v. Joseph W. SANFORD, Warden, U. S. Penitentiary, Atlanta Ga.**

No. 12180.

Circuit Court of Appeals, Fifth Circuit.

Jan. 27, 1948.

Lester Sim Exkano, of Atlanta, Ga., for appellant, in pro. per.

J. Ellis Mundy, U. S. Atty., and Harvey H. Tysinger, Asst. U. S. Atty., both of Atlanta, Ga., and Eugene Ferry Smith, Col., J. A. G. D., Staff, Judge Advocate, 3rd Army, of Fort McPherson, Ga., for appellee.

Before SIBLEY, WALLER, and LEE, Circuit Judges.

PER CURIAM.

The denial of the writ of habeas corpus is affirmed on the opinion of the district judge, citing Sanford v. Robbins, 5 Cir., 115 F.2d 435, 437; Carter v. Woodring, 67 App.D.C. 393, 92 F.2d 544, 546; Telfian v. Sanford, 5 Cir., 161 F.2d 556.

Affirmed.